

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2019

No. 04-19-00165-CV

**IN THE MATTER OF K.W.F, JUVENILE RESPONDENT**,

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. J17-36
Honorable N. Keith Williams, Judge Presiding

## O R D E R

Appellant filed a notice of appeal on February 28, 2019 seeking to challenge the juvenile court's transfer order signed on February 2, 2018 in which the court waived its jurisdiction and transferred appellant to the criminal district court for prosecution as an adult. *See* TEX. FAM. CODE ANN. § 54.02 (establishing the procedures for waiver of juvenile court jurisdiction and certification for trial as an adult). Under the applicable law, appellant had the right to immediately appeal the juvenile court's transfer order. *See* TEX. FAM. CODE ANN. § 56.01(c)(1)(A), (g–1); *see Ex parte Rodriguez*, 466 S.W.3d 846, 848 n. 4 (Tex. Crim. App. 2015) (noting the 2015 amendments to Texas Family Code section 56.01 "making a juvenile court's waiver of jurisdiction immediately appealable"). Because appellant did not immediately appeal the transfer order, appellant must now wait until a final judgment has been entered in the criminal district court in order to appeal. TEX. R. APP. P. 25.2(a)(2), 26.2(a). The record before us contains only the pleadings and transcript pertaining to the section 54.02 transfer order and does not contain a final judgment.

It is therefore ORDERED that appellant show cause in writing **within thirty (30) days from the date of this order** why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). If appellant fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). All deadlines in this matter are suspended pending resolution of the jurisdictional issue.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court